IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-201-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE PEREZ-PLASCENCIA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's <u>pro se</u> motion for return of property not later than May 29, 2026.

SO ORDERED. This 22 day of May, 2026.

JAMES C. DEVER III
United States District Judge