IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-201-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JOSE PEREZ-PLASCENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 213], the court

DENIES defendant's motion for return of property [D.E. 210].

SO ORDERED. This 29 day of May, 2026.

JAMES C. DEVER III
United States District Judge